UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

14- 20577-CIV-MORENO

CARIDAD HORTA HERVAS

    *Plaintiff*

    v.

CAROLYN W. COLVIN, Commissioner
of the Social Security Administration

    *Defendant.*

_____

**ORDER ADOPTING MAGISTRATE O'SULLIVAN'S REPORT AND
RECOMMENDATION AND GRANTING SUMMARY JUDGMENT FOR DEFENDANT**

    This matter was referred to United States Magistrate Judge John O'Sullivan, who filed a Report and Recommendation regarding the Parties' cross-motions for summary judgment on January 13, 2015. The Court has reviewed the entire file and record. The Court has made a de novo review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

    **ADJUDGED** that Judge O'Sullivan's Report and Recommendation on the Parties' cross-motions for summary judgment is **AFFIRMED** and **ADOPTED**. The Court's review of the Social Security Administration's denial of Ms. Hervas' request for Supplemental Security Income is limited to determining whether the record contains substantial evidence to support the Administration's findings of fact, and whether the Administration applied the correct legal standards to its adjudication of Ms. Hervas' claim. *See* 42 U.S.C. § 405. In view of the Administration's thorough examination of the record medical evidence, and its careful analysis of that evidence against the legal framework provided by 20 C.F.R. § 404, the Court concludes

that Defendant is entitled to summary judgment in this case because Ms. Hervas is not disabled under the Social Security Act.

The crux of Ms. Hervas' complaint is that the Administration did not properly weigh the opinion of Gerda Williams, ARNP, who stated that Ms. Hervas has substantial disabilities that preclude her from securing gainful employment. The Court disagrees. The Administration spent a full page discussing the merits of Ms. Williams' opinion before discrediting that opinion based on Ms. Williams' conflicting clinical notes. The Administration further explained the weight that it gave to the state psychologists and physicians who evaluated Ms. Hervas, and the Administration accepted the testimony of the vocational expert who concluded that Ms. Hervas is capable of adjusting to light or medium work that exists in the national economy. For these reasons, and the reasons in Magistrate O'Sullivan's Report and Recommendations that the Court now adopts, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is DENIED. It is further

**ADJUDGED** that Defendant's Motion for Summary Judgment is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record